**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| AYANNA SPIKES, ) | Case No. 23-21965-C-7 |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| AYANNA SPIKES, ) | Adversary No. 23-02111-C |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| QUALITY LOAN SERVICE CORP., ) | |
| BREKENRIDGE PROPERTY FUND 2016, ) | |
| LLC, SHELLPOINT MORTGAGE ) | |
| SERVICING, ISN CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER TO FILE CORPORATE OWNERSHIP STATEMENT**

　　Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, defendants, Quality Loan Service Corp., Breckenridge Property Fund 2016, LLC and ISN Corporation shall file a Corporate Ownership Statement within seven (7) days of the date of this order.

　　SO ORDERED.

Dated: May 11, 2024

_____
United States Bankruptcy Judge

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Brandon Joseph Trout
Wedgewood LLC
2320 S. Potosi St.
Suite 130
Las Vegas, NV 86146

Jonathon C. Cahill
KLINEDINST PC
801 K St., Suite 2100
Sacramento, CA 95814

Peter G. Macaluso
7230 South Land Park Drive #127
Sacramento, CA 95831