**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>AYANNA SPIKES,<br>                Debtor.<br>_____<br>AYANNA SPIKES,<br>                Plaintiff,<br>v.<br>QUALITY LOAN SERVICE CORP., BRECKENRIDGE PROPERTY FUND 2016, LLC, SHELLPOINT MORTGAGE SERVICING, ISN CORPORATION et al,<br>              Defendants.<br>_____ | Case No. 23-21965-C-7<br><br><br><br>Adversary No. 23-02111<br><br><br><br><br>Status Conf.<br>DATE: April 1, 2025<br>TIME: 9:30 a.m.<br>DEPT: Dept C. (Courtroom 35) |

**ORDER**

The Court having reviewed and considered the Stipulation to Enter into Bankruptcy Dispute Resolution Program and Continue Trial on Adversary Complaint, dkt. 106,

IT IS ORDERED that the Stipulation is approved in part. The trial will be continued to a later date so that the parties may participate in the Bankruptcy Dispute Resolution Program.

IT IS FURTHER ORDERED that a status conference will be held on April 1, 2025 at 9:30 a.m., Courtroom No. 35, 6th Floor, United States Bankruptcy Court, 501 I Street, Sacramento, California and a continued trial date and related deadlines will be set at that time.

Dated: March 12, 2025

_____
United States Bankruptcy Judge

|     |     |
| --- | --- |
| 1   | **INSTRUCTIONS TO CLERK OF COURT** |
| 2   | **SERVICE LIST** |
| 3   | The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties: |
| 4   |     |
| 5   | Peter G. Macaluso<br>7230 South Land Park Drive #127<br>Sacramento, CA 95831 |
| 6   |     |
| 7   | Jennifer C. Wong<br>McCarthy & Holthus LLP<br>2763 Camino Del Rio South |
| 8   | Suite 100<br>San Diego, CA 92108 |
| 9   |     |
| 10  | Brandon Joseph Trout<br>Wedgewood LLC<br>2320 S. Potosi St. |
| 11  | Suite 130<br>Las Vegas, NV 86146 |
| 12  |     |
| 13  | Jonathon C. Cahill<br>KLINEDINST PC<br>801 K Street, Suite 2100 |
| 14  | Sacramento, CA 95814 |
| 15  | Seth P. Cox |
| 16  | The Law Office of Seth P. Cox, PC<br>811 W 7th St. |
| 17  | Ste 12th Fl.<br>Los Angeles, CA 90017 |
| 18  |     |
| 19  |     |
| 20  |     |
| 21  |     |
| 22  |     |
| 23  |     |
| 24  |     |
| 25  |     |
| 26  |     |
| 27  |     |
| 28  |     |