**2**
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive, Suite 127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Plaintiff
Ayanna Spikes

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 23-21965 |
| Ayanna Spikes | |
|       Debtor,_____/ | |
| Ayanna Spikes | AD.PRO.CASE NO. 23-02111 |
| | DOCKET NO.: CAE-1 |
| | DATE: April 1, 2025 |
| | TIME: 1:30 p.m. |
| | DEPT#: C - Courtroom 35 |
|       Plaintiff, | Hon. Judge Klein |
| v. | |
| Quality Loan Service Corp., Breckenridge Property Fund 2016, LLC., Shellpoint Mortgage Servicing, ISN Corporation, et al. | |
|       Defendants._____/ | |

**PLAINTIFF'S STATUS STATEMENT**

COMES NOW PLAINTIFF, Ayanna Spikes, ("Plaintiff") by and through, her attorney, Peter G. Macaluso, hereby submit this Status Report in accordance with the Court's Order, as follows:

-1-

**A.   ANSWER**

All Defendants have answered the complaint.

**B.   MEET AND CONFER**

Plaintiff and Defendant have met to discuss this adversary proceeding, have agreed to Bankruptcy Dispute Resolution, and to continue this Trial to May 1, 2025, without changing any of the Court's previous due dates.

**C.   STIPULATION EXTENDING TRIAL FROM APRIL 1, 2025 TO MAY 1, 2025 CHANGED DEADLINES FOR RULE 9017 COMPLIANCE**

Pursuant to the Pre-Trial Order, (Dckt. #99) the deadlines for compliance with Local Rule 9017, for Plaintiff was April 11, 2025, and Defendants April 18, 2025.

Plaintiff has submitted it's 9017-1 Declarations, Exhibits, Request for Judicial Notice, and served copies to Defendants, on or before March 11, 2025.

Respectfully Submitted,

Date: March 25, 2025        /s/ Peter G. Macaluso
                            Peter G. Macaluso,
                            Attorney for Defendants