```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF CALIFORNIA
                            CIVIL MINUTES
```
───────────────────────────────────────────────────────────────

**Case Title:** Ayanna Spikes  
**Adversary Title:** Spikes v. Quality Loan Service Corp. et al

**Case No.:** 23-21965 - C - 7  
**Adv No.:** 23-02111  
**Docket Control No.** CAE-1  
**Date:** 07/23/2025  
**Time:** 10:00 AM

**Matter:** Continued Status Conference Re: Complaint - [1] - (14 (Recovery of money/property - other)),(21 (Validity, priority or extent of lien or other interest in property)),(72 (Injunctive relief - other)),(91 (Declaratory judgment)) : Complaint 23-02111 by Ayanna Spikes against Quality Loan Service Corp., Breckenridge Property Fund 2016, LLC, Shellpoint Mortgage Servicing, ISN Corporation. (Fee Amount of $350.00 is Exempt.) (eFilingID: 7299435) (jlns)

**Judge:** Christopher M. Klein  
**Courtroom Deputy:** Lindsey Peratis  
**Reporter:** Electronic Record  
**Department:** C

───────────────────────────────────────────────────────────────

**APPEARANCES for:**  
**Movant(s):**  
Plaintiff - Ayanna Spikes; (by zoom) Plaintiff's Attorney - Peter G. Macaluso  
**Respondent(s):**  
(by zoom) Defendant's Attorney - Jennifer C. Wong; (by zoom) Defendant's Attorney - Jonathan C. Cahill

───────────────────────────────────────────────────────────────

                            CIVIL MINUTES

Status conference concluded; Adversary Proceeding Dismissed, the motion to compromise controversy/approve settlment agreement having been approved.

Findings of fact and conclusions of law stated orally on the record

   **The court will issue an order.**